■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC CLARK, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rappaport, J.), rendered February 7, 1990, convicting him of grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence adduced by the People was legally insufficient to establish his guilt is

unpreserved for appellate review *(see, People v Bynum,* 70 NY2d 858; *People v Udzinski,* 146 AD2d 245), and, in any event, is without merit *(see, People v Contes,* 60 NY2d 620). Further, upon the exercise of our factual review power, we are satisfied that the jury verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]). Thompson, J. P., Eiber, Balletta and Ritter, JJ., concur.